IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID JOHN FULLERTON | * | |
| | * | |
| v. | * | CIVIL NO. WMN-00-0302 |
| | * | |
| LOWE'S COMPANIES, INC., et al. | * | |

## ORDER

In accordance with the attached Memorandum, it is this 27th day of December 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant Lowe's Companies's Motion for Summary Judgment BE, and the same IS, hereby GRANTED; and

2. That Defendant Lowe's Home Centers's Motion for Summary Judgment BE, and the same IS, hereby DENIED.

William M. Nickerson
United States District Judge