IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID JOHN FULLERTON  *
                          *
                          *

v.  *  CIVIL NO. WMN-00-0302
                          *
                          *
                          *

LOWE'S COMPANIES, INC., et al.  *

## ORDER

In accordance with the attached Memorandum, it is this 27th day of March 2001, by the United States District Court for the District of Maryland, ORDERED:

    1.    That Defendants' Motion for Reconsideration of Summary Judgment BE, and the same IS, hereby DENIED;

    2.    That Defendants' Motion for Leave to File Motion for Reconsideration BE, and the same IS, hereby DENIED; and

    3.    That Plaintiff's Motion for Leave to File an Amended Complaint BE, and the same IS, hereby DENIED.

William M. Nickerson
United States District Judge