IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID JOHN FULLERTON        :
                            :
v.                          :   Civil Action WMN-00-302
                            :
LOWE'S COMPANIES, INC., et al.   :

### ORDER

Before the Court is Plaintiff's Motion for Reconsideration of the Court's Denial of Motion for Leave to Amend Complaint (Paper No. 27). The motion has been opposed and is ripe for decision. For the reasons stated in this Court's Memorandum dated March 27, 2001, Plaintiff's motion will be denied.

Accordingly, IT IS this 20th day of April, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Reconsideration of the Court's Denial of Motion for Leave to Amend Complaint (Paper No. 27) is hereby DENIED;

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge