IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID JOHN FULLERTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN 00-CV-0302 |
| LOWE'S COMPANIES, INC., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above captioned action, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims filed in this action.

_____         _____
RAYMOND WM. FULLERTON                  PHILIP C. JACOBSON
403 Columbus Avenue                    Anderson, Coe & King, LLP
Frederick, Maryland 21701              201 North Charles Street, Suite 2000
301-662-6707                           Baltimore, Maryland 21201
                                       410-752-1630

Attorney for Plaintiff                 Attorney for Defendants


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __1st__ day of ~~May~~ June, 2001, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed to: RAYMOND WILLIAM FULLERTON, ESQUIRE, 403 Columbus Avenue, Frederick, Maryland 21701, attorney for Plaintiff.

_____
PHILIP C. JACOBSON

"__APPROVED__ ____ 5th DAY
OF __June__, 01
_____
UNITED _____"